IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES W. TURNER & COMPANY, INC.** : | |
| **d/b/a GATEKEEPER, INC.**, : | |
| : | C/A NO. 08-1590 |
| Plaintiff, : | |
| : | SECTION:   B |
| v. : | |
| : | MAG: 4 |
| **R&D BAILEY SERVICES, INC.**, : | |
| **d/b/a BAILEY INDUSTRIES** : | |
| : | |
| Defendant. : | |

## MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO FRCP 59(E)

NOW INTO COURT, through undersigned counsel, comes Plaintiff, James W. Turner & Company, Inc. d/b/a Gatekeeper, Inc., who moves this Honorable Court to amend its Order dated October 30, 2008 granting Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Rec. Doc. No. 7).  As discussed in the accompanying *Memorandum in Support of Motion to Alter or Amend Judgment Pursuant to FRCP 59(E)*, Defendant omitted material facts to this Honorable Court that the contracts that form the basis of the instant lawsuit are much greater than the requisite $75,000.00 jurisdictional amount.  In the complaint, Plaintiff alleged that all of the materials provided by Defendant were defective and suffered discoloration.  At the time of filing its Motion to Dismiss, Defendant had actual knowledge that the contracts in question totaled well over $300,000.00, and thereby unequivocally satisfied

the subject matter jurisdictional limits of this Court. Notwithstanding actual knowledge that the contracts in controversy exceeded $300,000.00, Defendant misrepresented to this Honorable Court that "this controversy does not exceed the jurisdictional minimum required by 28 U.S.C. § 1332(a)(1)."

For these reasons and the reasons set forth in Plaintiff's Memorandum in Support attached hereto, Plaintiff respectfully requests that this Honorable Court amend its previous ruling and deny Defendant's Motion to Dismiss.

Respectfully Submitted,

**CLEMENT GATES & MAY,**
**Counselors at Law,**
*A Limited Liability Company*


/s/ David C. Clement
_____
DAVID C. CLEMENT (#23687), T.A.
FORTUNÉ A. DUGAN, JR. (#23715)
307 Tchoupitoulas Street, Suite 350
New Orleans, Louisiana 70130
Telephone:   (504) 598-2220
Facsimile:    (504) 598-2221
Email:  dcc@clementgate.com

Counsel for James W. Turner &
Company, Inc. d/b/a Gatekeeper, Inc.

---

**CERTIFICATE OF SERVICE**

I, David C. Clement, certify that on November 7, 2008 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Timothy S. Marcel.

*/s/ David C. Clement*