IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES W. TURNER & COMPANY, INC.** : | |
| **d/b/a GATEKEEPER, INC.**, : | |
| : | C/A NO.  08-1590 |
| Plaintiff, : | |
| : | SECTION:    B |
| v. : | |
| : | MAG: 4 |
| **R&D BAILEY SERVICES, INC.**, : | |
| **d/b/a BAILEY INDUSTRIES** : | |
| : | |
| Defendant. : | |

## NOTICE OF HEARING

    NOW INTO COURT, through undersigned counsel, comes Plaintiff, James W. Turner & Company, Inc. d/b/a Gatekeeper, Inc., who pursuant to Local Rule 7.2E for the Eastern District of Louisiana, hereby notices the foregoing Motion to Alter or Amend Judgment Pursuant to FRCP 59(E) for hearing before the Honorable District Court Judge Ivan L. R. Lemelle, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana on December 3, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully Submitted,

**CLEMENT GATES & MAY,**
**Counselors at Law,**
*A Limited Liability Company*


*/s/ David C. Clement*
_____
DAVID C. CLEMENT (#23687), T.A.
FORTUNÉ A. DUGAN, JR. (#23715)
307 Tchoupitoulas Street, Suite 350
New Orleans, Louisiana 70130
Telephone:   (504) 598-2220
Facsimile:    (504) 598-2221
Email:  dcc@clementgate.com

Counsel for James W. Turner &
Company, Inc. d/b/a Gatekeeper, Inc.

> **CERTIFICATE OF SERVICE**
>
> I, David C. Clement, certify that on November 7, 2008 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Timothy S. Marcel.
>
> */s/ David C. Clement*